# Court of Appeals
# of the State of Georgia

ATLANTA,  November 22, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0367. RACHEL CARTER v. ROGERIO DA SILVA.

Appellant's motion to withdraw appeal is hereby GRANTED. See Court of Appeals Rule 41 (g) (1).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  11/22/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*